ion. Motion granted, with $10 costs. Order filed.

OLINER et al. v. GOLDENBERG et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Saul Oliner and others against Benjamin Goldenberg and others. No opinion. Motion granted. Order filed. See, also, 152 N. Y. Supp. 235.

OLIN J. STEPHENS, Inc., Appellant, v. LAYKENACK REALTY, Inc., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Appeal from Trial Term, New York County. Action by Olin J. Stephens, Incorporated, against the Laykenack Realty, Incorporated. From a judgment for defendant, and an order denying new trial, plaintiff appeals. Reversed and remanded. See, also, 168 App. Div. 845, 154 N. Y. Supp. 413. William C. Relyea, of New York City, for appellant. Abraham Felt, of New York City, for respondent.

PER CURIAM. In so far as this judgment rests upon a finding that plaintiff did not deliver the 18 tons of coal in dispute, the verdict is against the evidence. As to the other branch of the case, it is quite clear that the coal furnished by plaintiff was what was ordered by defendant. The judgment and order appealed from must be reversed, and a new trial granted, with costs to appellant to abide the result. Order filed.

OMMEN v. LITTLE et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Alfred E. Ommen against Arthur W. Little and others, as executors. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re O'NEILL. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Thomas J. O'Neill, an attorney. No opinion. Reference ordered, the referee to be designated on settlement of order. Settle order on notice.

1175 DE KALB AVE. CO., Inc., Appellant, v. CLARKE, Respondent. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by 1175 De Kalb Avenue Company, Incorporated, against Thomas A. Clarke. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 167 App. Div. 932, 152 N. Y. Supp. 1106; 168 App. Div. 931, 152 N. Y. Supp. 1107.

ONETTO, Appellant, v. COMMERCIAL UNION ASSUR. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Ernest Onetto against the Commercial Union Assurance Company. No opinion. Motion granted, and appeal dismissed, without costs. See, also, 154 N. Y. Supp. 1136.

ONETTO, Appellant, v. TEUTONIA FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Ernest Onetto against the Teutonia Fire Insurance Company. No opinion. Appeal dismissed, unless appellant file' and serve printed papers on appeal and printed brief in time for argument of appeal at the opening of the November term. See, also, 162 App. Div. 929, 147 N. Y. Supp. 1130.

ORTELERO, Appellant, v. DOUGHERTY, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by James V. Ortelero against George S. Dougherty. I. Unger, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Orders affirmed, without costs. Order filed. See, also, 152 N. Y. Supp. 1131.

OST v. KOCH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Mary Ost against Louis Koch and others. No opinion. Motion denied, without costs. Order filed.

OSTRANDER, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by John L. Ostrander, as administrator, against the Holbrook, Cabot & Rollins Corporation. B. Patterson, of New York City, for appellant. K. C. Bates, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PACHINAKIS, Appellant, v. UPPERCU, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Emmanuel M. Pachinakis against Jesse W. Uppercu. No opinion. Order affirmed, without costs.

PALMER et al. v. STATE. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Lowell M. Palmer and others against the State of New York.

PER CURIAM. Motion for reargument denied, upon the ground that in the absence of the Attorney General from his office it was necessary, in order to limit the time to appeal, to serve upon a Deputy Attorney General, if present, and in case of the absence of both the Attorney General and deputies only is service authorized upon the clerk. Motion for leave to appeal to the Court of Appeals granted, and question certified: Was the service of the copy judgment of the Court of Claims herein, with notice of the clerk of the entry thereof on the 30th day of March, 1915, sufficient to set running the time within which the state was required to appeal, so as to render the service of a notice of appeal after the lapse of 30 days from the time of service of such judgment and notice of entry ineffectual? See, also, 154 N. Y. Supp. 1136.

HOWARD, J., dissents from denial of motion for reargument.